1118

No. 94–8530. EASTLACK v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 94–8531. GRANT v. CALDERON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 94–8532. SIMMS v. SMITH ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–8533. ODOM v. CARR, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–8534. PETRICK v. FIELDS ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–8538. KUKES v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 94–8540. JENKINS v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 94–8541. JACKSON v. BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8543. BROWN v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 94–8546. JENSEN v. WROLSTAD ET AL. Sup. Ct. N. D. Certiorari denied.

No. 94–8550. FISHER v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8551. DEAN v. BAKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–8552. HAMONS v. MCKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–8553. GUINN v. HOECKER. C. A. 10th Cir. Certiorari denied.

No. 94–8554. GRIFFIN v. L. K. COMSTOCK & CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–8556. GRAYER v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.